IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Respondent, | ) | Case No. CR-03-270-E-BLW |
| | ) | CV-04-563-E-BLW |
| v. | ) | |
| | ) | |
| GERMAN MORENO-MEJIA, | ) | **ORDER RE:** |
| | ) | **CERTIFICATE OF** |
| Defendant-Petitioner. | ) | **APPEALABILITY** |
| | ) | |

The Court previously dismissed Petitioner's 28 U.S.C. § 2255 Motion. Currently pending is Petitioner's Notice of Appeal (Docket No. 24), which the Court construes as a request for a certificate of appealability. Having considered the request and the record in this case, the Court enters the following Order.

## CERTIFICATE OF APPEALABILITY

Before a petitioner may appeal the dismissal of a 28 U.S.C. § 2255 motion, he must first obtain a certificate of appealability. 28 U.S.C. § 2253(c). Until a certificate of appealability has been issued, an appellate court lacks jurisdiction to rule on the merits of an appeal. *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). A

**Order - 1**

court will not issue a certificate of appealability absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

When a court has denied a § 2255 Motion on the merits, a petitioner must show that reasonable jurists would find the court's assessment debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The COA standard "requires an overview of the claims in the habeas petition and a general assessment of their merits," but a court need not determine that the petitioner would prevail. *Miller-El v. Cockrell*, 322 U.S. at 336.

In this case, the Court concluded that (1) Petitioner had failed to demonstrate ineffective assistance of counsel where counsel allegedly failed to advise Petitioner of his right to file a § 2255 motion but Petitioner nevertheless did so in a timely manner; and (2) Petitioner had failed to state a cognizable *Blakely/Booker* claim where his sentence was enhanced solely on the basis of a prior conviction. These decisions are amply supported by case law and are not reasonably debatable. Therefore, the request for a COA will be denied. Petitioner is advised that he may still request a COA from the Ninth Circuit Court of Appeals, pursuant to Federal Rule of Appellate Procedure 22(b).

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Petitioner's Notice of

Appeal (Docket No. 24), which has been construed as a request for a certificate of appealability, is DENIED. The Clerk of Court is ordered to forward a copy of this Order and Petitioner's Notice of Appeal, together with the district court's case file, to the Ninth Circuit Court of Appeals.

DATED: **June 13, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 3**